UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 11, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

 MARCUS ANTHONY RUBIO,

       Defendant.

Case No.  2:26-mj-00074-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCUS ANTHONY RUBIO ,

Case No.  2:26-mj-00074-CKD , Charge 21 USC § 841(a)(1), from custody for the

following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

    X   Unsecured Appearance Bond $   10,000.00

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

       (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 11, 2026 at 2:50 PM.

By: _____

Magistrate Judge Allison Claire